FILED

2003 OCT 30 P 12: 19

US DISTRICT COURT
BRIDGEPORT CT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALICIA DELK<br>　　　　　Plaintiff, | CIVIL ACTION NO.: |
| VS. | 3:02 CV 1310 (JCH) |
| GO VERTICAL, INC. a/k/a "GO VERTICAL"<br>　　　　　Defendant, | OCTOBER 29, 2003 |

### MOTION FOR EXTENSION OF TIME

The defendant in the above-entitled matter hereby moves for an extension of time of two weeks, until November 14, 2003, within which to reply to the plaintiff's Objection to the defendant's Motion for Summary Judgment. In support of this motion, the undersigned represents that he recently checked with the court to determine if plaintiff had filed an objection, as he had not received it. Upon determining that she had, the undersigned called plaintiff's attorney to indicate that he had not received a copy. He was assured by plaintiff's attorney that a copy had been mailed out and neither attorney knew why it had not been received. Plaintiff's attorney indicated that a new copy would be sent out immediately. Two weeks will be necessary to prepare a reply.

Plaintiff's attorney has no objection to this motion.

This is the first extension requested.

DEFENDANT, GO VERTICAL, INC.

BY _____
Jeffrey C. Pingpank for
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106
(860) 527-1141/Fed Bar #ct05235

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on October 29, 2003 as follows:

Kenneth J. Levine, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

William H. Cooper, Esq.
Marvin A. Cooper, P.C.
175 Main Street, Suite 706
White Plains, NY 10601

_____
Jeffrey C. Pingpank

#174774

2