02cv1310 moextime

#27

FILED

2003 OCT 30 P 12: 19

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

US DISTRICT COURT
BRIDGEPORT CT

| | | |
|---|---|---|
| ALICIA DELK | : | CIVIL ACTION NO.: |
| Plaintiff, | : | |
| | : | 3:02 CV 1310 (JCH) |
| VS. | : | |
| | : | |
| GO VERTICAL, INC. a/k/a "GO VERTICAL" | : | |
| Defendant, | : | OCTOBER 29, 2003 |

## MOTION FOR EXTENSION OF TIME

The defendant in the above-entitled matter hereby moves for an extension of time of two weeks, until November 14, 2003, within which to reply to the plaintiff's Objection to the defendant's Motion for Summary Judgment. In support of this motion, the undersigned represents that he recently checked with the court to determine if plaintiff had filed an objection, as he had not received it. Upon determining that she had, the undersigned called plaintiff's attorney to indicate that he had not received a copy. He was assured by plaintiff's attorney that a copy had been mailed out and neither attorney knew why it had not been received. Plaintiff's attorney indicated that a new copy would be sent out immediately. Two weeks will be necessary to prepare a reply.

Plaintiff's attorney has no objection to this motion.

This is the first extension requested.

FILED 2003 NOV -4 P 12: 27 US DISTRICT COURT

MOTION GRANTED
SO ORDERED
Janet C. Hall, U.S.D.J.  11/4/03