UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| ALICIA DELK | : | CIVIL ACTION NO.: |
| Plaintiff, | : |  |
|  | : | 3:02 CV 1310 (JCH) |
| VS. | : |  |
|  | : |  |
| GO VERTICAL, INC. a/k/a "GO VERTICAL" | : |  |
| Defendant, | : | November 13, 2003 |
|  | : |  |

## MOTION FOR PERMISSION TO FILE REPLY BRIEF
## WITH PAGE LIMITATION OF 16 PAGES

The defendant in the above-entitled matter hereby moves for permission to file a reply brief with a page limitation of 16 pages which is beyond the 10 page limitation for reply briefs set forth in Local Rule 9(g). On August 28, 2003 the defendant filed a motion for summary judgment based upon the plaintiff's execution of a waiver prior to engaging in free climbing at the defendant's establishment. The memorandum of law in support of the motion for summary judgment was 19 pages in length. On October 2, 2003, the plaintiff filed a memorandum in opposition to the motion for summary judgment which was 32 pages in length and contained exhibits rendering the objection over one inch thick. (The defendant and plaintiff's local counsel did not receive the objection until

October 31, 2003.  The Court has since granted the defendant until November 14, 2003 to file its reply brief.)

      To fully and fairly respond to the plaintiff's objection, the defendant seeks permission to expand the 10 page limit for reply briefs in Local Rule 9(g) to 16 pages for purposes of its reply.  The defendant has made good faith efforts to make its points as concisely as possible.  However, to properly address the numerous issues raised by the plaintiff's objection it requires 16 pages.  In addition and importantly, the plaintiff's objection raises new issues beyond those addressed in the defendant's original motion that require a response.

      For the foregoing reasons, the defendant hereby moves for permission to file a reply brief with a page limitation of 16 pages instead of 10.

**DEFENDANT, GO VERTICAL, INC.**

BY_____
      **Paul A. Croce, II** for
      Cooney, Scully and Dowling
      Hartford Square North
      Ten Columbus Boulevard
      Hartford, Connecticut 06106
      (860) 527-1141/Fed Bar #ct22070

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on November 13, 2003 as follows:

Kenneth J. Levine, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

William H. Cooper, Esq.
Marvin A. Cooper, P.C.
175 Main Street, Suite 706
White Plains, NY 10601

_____
Paul A. Croce, II