UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALICIA DELK<br>    Plaintiff, | : CIVIL ACTION NO.:<br>:<br>: 3:02 CV 1310 (JCH) |
| VS. | : |
| GO VERTICAL, INC. a/k/a "GO VERTICAL"<br>    Defendant, | :<br>: November 13, 2003<br>: |

### MOTION FOR PERMISSION TO FILE REPLY BRIEF
### WITH PAGE LIMITATION OF 16 PAGES

The defendant in the above-entitled matter hereby moves for permission to file a reply brief with a page limitation of 16 pages which is beyond the 10 page limitation for reply briefs set forth in Local Rule 9(g). On August 28, 2003 the defendant filed a motion for summary judgment based upon the plaintiff's execution of a waiver prior to engaging in free climbing at the defendant's establishment. The memorandum of law in support of the motion for summary judgment was 19 pages in length. On October 2, 2003, the plaintiff filed a memorandum in opposition to the motion for summary judgment which was 32 pages in length and contained exhibits rendering the objection over one inch thick. (The defendant and plaintiff's local counsel did not receive the objection until

LAW OFFICES • **COONEY, SCULLY AND DOWLING**
HARTFORD SQUARE NORTH • TEN COLUMBUS BOULEVARD • HARTFORD, CONNECTICUT 06106-5109 • (860) 527-1141