2003 DEC 29  P 1:11

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| ALICIA DELK<br>　　　　　Plaintiff, | CIVIL ACTION NO.: |
| VS. | 3:02 CV 1310 (JCH) |
| GO VERTICAL, INC. a/k/a "GO VERTICAL"<br>　　　　　Defendant, | DECEMBER 19, 2003 |

### JOINT MOTION FOR EXTENSION OF TIME

The parties jointly move for an extension of time of four months beyond the date of any decision on the Motion for Summary Judgment within which to complete discovery, and an additional one month beyond that to complete the joint memorandum order required by the court. In support of this motion, the parties jointly represent that the only significant discovery left is that of the experts, including two who are out of state. The parties would like to forego the time, and more importantly, the expense of deposing experts should the case be resolved by motion for summary judgment. In addition, such time should allow the parties to discuss settlement and possibly resolve the matter.

This motion is endorsed by both parties.

| PLAINTIFF | DEFENDANT |
|---|---|
| By _____<br>William H. Cooper, Esq. ct 13555<br>Marvin A. Cooper, P.C.<br>175 Main Street, Suite 706<br>White Plains, NY 10601 | By _____<br>Jeffrey C. Pingpank<br>Cooney, Scully and Dowling<br>Hartford Square North<br>Ten Columbus Boulevard<br>Hartford, CT 06106<br>(860) 527-1141/Fed Bar #ct05235 |

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to all counsel and *pro se* parties of record on  12/22/03  as follows:

Kenneth J. Levine, Esq.
Levy & Droney, P.C.
74 Batterson Park Road
Farmington, CT 06032

Jeffrey C. Pingpank, Esq.
Cooney, Scully and Dowling
Ten Columbus Boulevard
Hartford, CT 06103

_____
William H. Cooper, Esq.

#177275

2