UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ALICIA DELK

V                                                          3:02CV1310 JCH

GO VERTICAL, INC. a/k/a "GO VERTICAL"

## J U D G M E N T

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of the defendant's motion for summary judgment.

The Court has reviewed all of the papers filed in conjunction with the motion and on February 3, 2004, entered a Ruling on Defendant's Motion for Summary Judgment, granting the defendant's motion.

Therefore, it is ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at Bridgeport, Connecticut, this 5th day of February, 2004.

KEVIN F. ROWE, Clerk

By /s/ Catherine Boroskey
    Catherine Boroskey
    Deputy Clerk

Entered on Docket _____