UNITED STATES DISTRICT COURT FILED
DISTRICT OF CONNECTICUT

2004 MAR -8  A  9: 46

| | | |
|---|---|---|
| ALICIA DELK | : | CIVIL ACTION NO. |
| PLAINTIFF | : | 3:02 CV 1310 (JCH) |
| | : | |
| VS. | : | |
| | : | |
| GO VERTICAL, INC., A/K/A | : | |
| "GO VERTICAL" | : | |
| DEFENDANT | : | |
| | : | MARCH 3, 2004 |

### NOTICE OF APPEAL

Notice is hereby given that ALICIA DELK, Plaintiff in the above-named case, hereby appeals to the United States Court Of Appeals for the Second Circuit from the judgment entered in this action on the 5th day of February, 2004.

PLAINTIFF
ALICIA DELK

BY _____
WILLIAM H. COOPER, ESQ.
MARVIN A. COOPER, P.C.
175 MAIN STREET, SUITE 706
WHITE PLAINS, NY 10601
PH: 914-428-9200
FED. BAR #ct13555

## **CERTIFICATION**

I hereby certify that on the 3rd day of March, 2004, I mailed a copy of the foregoing, postage prepaid, to the following:

Jeffrey C. Pingpank, Esquire
Cooney, Scully & Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, CT 06106

_____
WILLIAM H. COOPER, ESQ.

U:\AEDDY\DELK ALICIA\NOTICE OF APPEAL.doc