# DISTRICT OF CONNECTICUT - BRIDGEPORT
## NOTICE OF APPEAL COVER MEMO

DATE: __March 9, 2004__   TO:   Intake Clerk

FROM:  Tasha Simpson   203-579-5657

**FILED**
2004 MAR 22  P 12: 48
U.S. DISTRICT COURT
BRIDGEPORT, CONN

**CASE TITLE:**   Delk vs Go Vertical Inc

**DOCKET NO.:**   3:02 cv 1310 (JCH)

**NOTICE OF APPEAL:**   filed: __March 8, 2004__

**APPEAL FROM:**   final judgment: __YES__

interlocutory: __

other: __

**DOCKET SHEET:**   Attorney, updated address & phone number for each party __Y__

All parties are listed on Docket Sheet
(Including Third Parties) __Y__

All docket entries and dates are included __Y__

**FEE STATUS:**   Paid _____   Due __✓__   N/A _____

IFP revoked _____   Application Attached _____

IFP pending before district judge _____

**COUNSEL:**   CJA _____   Retained __✓__   Pro Se _____

**TIME STATUS:**   Timely _____   Out of Time __✓__

**MOTION FOR EXTENSION OF TIME:**   Granted _____   Denied _____

**COA:**   Granted _____   Denied _____

**COMMENTS AND CORRECTIONS:**

---

I HEREBY ACKNOWLEDGE RECEIPT OF THE NOTICE OF APPEAL.

SIGNED: _/s/ H. Hanos_   DATE: 3/15/04
DEPUTY CLERK, USCA

USCA No. _____.