**MANDATE**

NHLT
02-cv-1310
Hall

02cv1310 mand

FILED
Apr 28  2:49 PM '04
U.S. DISTRICT COURT
NEW HAVEN, CONN

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT



| | |
|---|---|
| ALICIA DELK<br>Plaintiff, | DOCKET NO.: |
| VS. | 04-1311-CV |
| GO VERTICAL, INC. a/k/a "GO VERTICAL"<br>Defendant, | April 29, 2004 |

## STIPULATION OF DISMISSAL

The undersigned counsel for the parties hereby stipulate that the above-captioned appeal is hereby withdrawn without costs and without attorneys' fees pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure.

**APPELLANT, ALICIA DELK**

BY _____
**William H. Cooper** for
Marvin A. Cooper, P.C.
175 Main Street
White Plains, NY 10601
(914) 428-9200/Fed Bar #XXXXX

**APPELLEE, GO VERTICAL, INC.**

BY _____
Jeffrey C. Pingpank for
Cooney, Scully and Dowling
Hartford Square North
Ten Columbus Boulevard
Hartford, Connecticut 06106
(860) 527-1141/Fed Bar #ct22070

A TRUE COPY
Roseann B. MacKechnie, CLERK
by _____
DEPUTY CLERK

As Ordered.
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By _____
Lisa J. Greenberg, Staff Counsel

CERTIFIED: 4/23/04

LAW OFFICES • COONEY, SCULLY AND DOWLING
HARTFORD SQUARE NORTH • TEN COLUMBUS BOULEVARD • HARTFORD, CONNECTICUT 06106-5109 • (860) 527-1141